PROB. 12Rev. 3/88)

# UNITED STATES DISTRICT COURT

for

## WESTERN DISTRICT OF TENNESSEE

U.S.A. vs. Nader BAHHUR                                Docket No. 2:04CR20148-005

FILED BY _____ D.C.

05 MAY -2 AM 9: 32

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W. D. TN, MEMPHIS

### Petition on Probation and Supervised Release

COMES NOW  Daryl K. Butler  **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of Nader Bahhur who was placed on supervision by the Honorable Bernice B. Donald, sitting in the Court at Memphis, TN on the 2nd day of August, 2004, who fixed the period of supervision at three (3) years*, and imposed the general terms and conditions theretofore adopted by the Court and also imposed Special Conditions and terms as follows:

(1) The defendant shall participate in the Home Detention program for a period of six (6) months. (Completed)

(2) The defendant shall pay restitution in the amount of $137,550.00 (Balance: $136,319.24)

(3) The defendant shall pay a fine in the amount of $1,500.00. (Balance: $1,500.00)

\* Term of Supervision began on August 2, 2004

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

After a review of Nader Bahhur's monthly income and necessary living expenses, and his agreement to increase his payments, it appears that monthly restitution payments in the amount of Five Hundred Eighty One Dollars and 40/100 ($581.40), is an appropriate payment plan.

**PRAYING THAT THE COURT WILL ORDER** that Nader Bahhur's conditions of Supervised Release be modified to state, "The defendant shall pay restitution at the rate of $581.40 per month until such time as the Court may alter that payment schedule in the interest of justice. The U. S. Probation Office and U.S. Attorney's Office shall monitor the payment of restitution and report any material change in the defendant's ability to pay".

**ORDER OF COURT**

Considered and ordered this 2nd day of May, 2005 and ordered filed and made a part of the records in the above case.

_____
United States District Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5/3/05

**Respectfully,**

_Daryl K. Butler_
Daryl K. Butler
United States Probation Officer

Place Memphis, Tennessee

Date April 21, 2005

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 145 in case 2:04-CR-20148 was distributed by fax, mail, or direct printing on May 5, 2005 to the parties listed.

---

Eric Scott Hall
WAGERMAN LAW FIRM
200 Jefferson Ave.
Ste. 1313
Memphis, TN 38103

Juni S. Ganguli
LAW OFFICES OF JUNI GANGULI
40 S. Main Ave.
Ste. 1540
Memphis, TN 38103

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Lee Wilson
WILSON & WRIGHT
50 N. Front St.
Ste. 640
Memphis, TN 38103

Frederick Robbins
ROBBINS TUNKEY ROSS AMSEL RABEN WAKMAN & EIGLARSH
Lawyers Plaza, 4th Floor
2250 Southwest 3rd Ave.
Miami, FL 33129--209

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT