PROB. 12Rev. 3/88)

# UNITED STATES DISTRICT COURT

for

## WESTERN DISTRICT OF TENNESSEE

FILED BY ___CaS___ D.C.

2005 JUN 14 PM 3: 05

ROBERT. R. DI TROLIO
CLERK, U.S. DIST. CT
W/D OF TN MEMPHIS

Docket No. 2:04CR20148-005

U.S.A. vs. Nader BAHHUR

### Petition on Probation and Supervised Release

COMES NOW _Daryl K. Butler_ **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of Nader Bahhur who was placed on supervision by the Honorable Bernice B. Donald, sitting in the Court at Memphis, TN on the 2nd day of August, 2004, who fixed the period of supervision at three (3) years*, and imposed the general terms and conditions theretofore adopted by the Court and also imposed Special Conditions and terms as follows:

(1) **The defendant shall participate in the Home Detention program for a period of six (6) months. (Completed)**

(2) **The defendant shall pay restitution in the amount of $137,550.00 (Balance: $136,319.24)**

(3) **The defendant shall pay a fine in the amount of $1,500.00. (Balance: $1,500.00)**

* **Term of Supervision began on August 2, 2004**

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Based upon his residence, Nader Bahhur's supervision was transferred to the United States Probation Office, Southern District of Florida (Hollywood). After a review of the nature and circumstances of Nader Bahhur's instant offense and his self-employed status, this officer agrees with the U. S. Probation Office SD/FL/Hollywood that third party risk exists.

**PRAYING THAT THE COURT WILL ORDER** that Nader Bahhur be required to make the appropriate third party risk notifications.

### ORDER OF COURT

Considered and ordered this _10th_ day of _June_, 2005 and ordered filed and made a part of the records in the above case.

_____
United States District Judge

Respectfully,

_Daryl K. Butler_
Daryl K. Butler
United States Probation Officer

Place Memphis, Tennessee _____

Date June 8, 2005 _____

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _6/14/05_

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 147 in case 2:04-CR-20148 was distributed by fax, mail, or direct printing on June 16, 2005 to the parties listed.

---

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Frederick Robbins
ROBBINS TUNKEY ROSS AMSEL RABEN WAKMAN & EIGLARSH
Lawyers Plaza, 4th Floor
2250 Southwest 3rd Ave.
Miami, FL 33129--209

Lee Wilson
WILSON & WRIGHT
50 N. Front St.
Ste. 640
Memphis, TN 38103

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Juni S. Ganguli
LAW OFFICES OF JUNI GANGULI
40 S. Main Ave.
Ste. 1540
Memphis, TN 38103

Eric Scott Hall
WAGERMAN LAW FIRM
200 Jefferson Ave.
Ste. 1313
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT